IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, D-99649, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> R. T. C. GROUNDS, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 14-2028 CRB (PR) <br><br> ORDER OF TRANSFER <br><br> (Docket #2) |

  Petitioner, a state prisoner at Salinas Valley State Prison, recently filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 this court dismissed as a second or successive petition pursuant to 28 U.S.C. § 2244(b) because petitioner's first petition challenging the same state conviction and sentence was considered on the merits and dismissed with prejudice in 1992. See <u>Harris v. Grounds</u>, No. C 14-0972 CRB (PR), slip op. at 1 (N.D. Cal. Mar. 18, 2014) (order of dismissal citing <u>Harris v. Lungren</u>, No. C 92-2180 JPV (N.D. Cal. Oct. 16, 1992), and <u>Harris v. USA</u>, No. C 92-281 JPV (N.D. Cal. Oct. 22, 1992) (consolidated cases)).

  The court explained that a second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition, 28 U.S.C. § 2244(b)(3)(A), and accordingly dismissed the petition without prejudice to refiling if petitioner obtains the necessary order.

1  But rather than file a request for an order authorizing this court to consider
2  the second or successive petition in the Ninth Circuit, petitioner filed the request
3  and proposed petition in this court.
4  In the interest of justice, the clerk is directed to transfer the proposed
5  petition (docket #1) and request for permission to file (docket #2), along with a
6  copy of this order, to the Ninth Circuit.
7  Upon said transfer, the clerk shall close all pending motions (see docket
8  #2) as moot and close the file.
9  SO ORDERED.
10  DATED: May 7, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.14\Harris, M.14-2028.transfer.wpd

2